RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT LACOME, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LACOME, JR.<br><br>Defendant / | **No. CR. 18-0438-JST [KAW]**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant Robert Lacome, Jr. by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose Olivera hereby stipulate and agree that the pretrial release bond may be modified to include travel throughout the States of California and Nevada for purposes of work with United Van Lines.

Date: November 2, 2018              Respectfully submitted,

                                                          _____/s/_____
                                                          RANDY SUE POLLOCK
                                                          Counsel for Defendant
                                                          Robert Lacome, Jr.

Date: November 2, 2018

_____/s/_____
JOSE OLIVERA
Assistant United States Attorney

SO ORDERED:

Date: November _5_, 2018

_/s/ Kandis Westmore_____
KANDIS A. WESTMORE
United States Magistrate Judge