RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT LACOME, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 18-0438-JST |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |
| ROBERT LACOME, JR. | |
| Defendant | |

Defendant Robert Lacome, Jr. by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose Olivera hereby stipulate and that sentencing which is presently set for March 1, 2019 be continued to April 5, 2019. This continuance is at the request of the defense in order to have sufficient time to prepare for sentencing.

///
///
///
///
///

United States Probation Officer Brian Casai has no objection to this continuance.

Date: January 25, 2019                                Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Robert Lacome, Jr.

Date: January 25, 2019

/s/
JOSE OLIVERA
Assistant United States Attorney

## SO ORDERED:

Date: January 29, 2019                                JON S. TIGAR
United States District Judge