RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT LACOME, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 18-0438-JST** |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |
| ROBERT LACOME, JR. | |
| Defendant | |

Defendant Robert Lacome, Jr. by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose Olivera hereby stipulate and that sentencing which is presently set for April 5, 2019 be continued to May 17, 2019. This continuance is at the request of the defense due to a conflict with a case in the Eastern District of California that has been rescheduled to April 5th (*United States v. Gohar,* et al., CR. 17-00232-GEB).

///

///

///

United States Probation Officer Brian Casai has no objection to this continuance.

Date: February 21, 2019	Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Robert Lacome, Jr.

Date: February 21, 2019	/s/
JOSE OLIVERA
Assistant United States Attorney

SO ORDERED:

Date: February 26, 2019

IT IS SO ORDERED
Judge Jon S. Tigar

2