RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT LACOME, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LACOME, JR.<br><br>Defendant<br>_____ / | No. CR. 18-0438-JST<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |

Defendant Robert Lacome, Jr. by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose Olivera hereby stipulate and that sentencing which is presently set for May 17, 2019 be continued to May 31, 2019 at 9:30 a.m. This continuance is at the request of the defense due to a conflict with a sentencing in *United States vs. Ryan Spencer CR. 17-259-CRB*, on May 17, 2019 at 10 a.m.

///

///

United States Probation Officer Brian Casai has no objection to this continuance.

Date: March 26, 2019    Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Robert Lacome, Jr.

Date: March 26, 2019

/s/
JOSE OLIVERA
Assistant United States Attorney

SO ORDERED:

Date: March 27, 2019

IT IS SO ORDERED

Judge Jon S. Tigar

2